**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22- |
| | ) | |
| Sung U. Yi, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(a)(1))**

I, the undersigned Debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐   I was unemployed; or

☒   I was self-employed; or

☐   I was unable to obtain information.


This 29th day of March, 2022.

                                                                    /s/
                                          Sun U. Yi, Debtor


Submitted by:

   /s/
Soo J. Hong
GA Bar No. 129608
Attorney for Debtor
BLEVINS & HONG, PC
191 Roswell Street
Marietta, GA 30060
(P) 678-354-2290
(F) 678-981-8413
bk@cobbcountylaw.com